| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
|   | Amanda Seabock, Esq., SBN 289900 |
| 4 | 8033 Linda Vista Road, Suite 200 |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
| 6 | phylg@potterhandy.com |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| CHRIS LANGER, | Case: 3:20-cv-02405-H-WVG |
|---|---|
| Plaintiff, | **NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(2)** |
| v. | |
| DEFENDERS, INC., an Indiana Corporation; and Does 1-10 | |
| Defendants. | |

## NOTICE

Pursuant to F.R.CIV.P.41 (a)(2), PLEASE TAKE NOTICE THAT the plaintiff hereby voluntarily dismisses the entire case, with prejudice.

Dated: February 12, 2021     CENTER FOR DISABILITY ACCESS

By:  /s/Amanda Seabock
     Amanda Seabock
     Attorneys for Plaintiff